# AFFIDAVIT

STATE OF FLORIDA )
COUNTY OF HENDRY )

BEFORE ME, the undersigned authority, personally appeared **Chief Deputy Kevin Nelson**, who, being first duly sworn, states the following:

1. I am over 18 years of age and am providing this statement voluntarily based upon my personal knowledge.

2. I serve as the Chief Deputy for the Hendry County Sheriff's Office ("HCSO"). I have held that position since July of 2009. As Chief Deputy, I am second-in-command at the Sheriff's Office and report directly to Sheriff Whidden.

3. There is nothing in Sheriff's Office policy or practice that requires potential disciplinary issues/policy violations to first be presented to an employee's supervisor for an initial review before an internal affairs investigation is conducted.

4. From 2018 through present, the Sheriff's Office has conducted 15 internal affairs investigations. I am not aware of any that were first presented to a supervisor for preliminary review, including both Det. Speak and Deputy Pascher's IAs in 2018.

5. The only two internal affairs investigation that Det. Speak was subject to during his employment were initiated and handled consistent with HCSO policy and protocol.

6. While citizen complaints may, at times, be referred and handled at the supervisory level depending on the substance of the complaint and the seriousness of the allegations raised therein, the 2017 citizen complaint concerning Det. Speak alleged that Speak had cursed at a county resident and flipped him off, all while driving recklessly on a county road. Because the complaint presented more serious allegations of conduct unbecoming directed toward a county resident, I referred the matter to Professional Standards for investigation.

1

7. Det. Speak was not disciplined as a result of the citizen complaint.

I have read the foregoing and it is true and correct to the best of my knowledge.

DATED THIS 10th day of November, 2020.

_____
Chief Kevin Nelson

Sworn to and subscribed before me this 10th day of November, 2020.

_____
Signature of Notary Public - State of Florida

ADRIANA WALKER
MY COMMISSION # GG 109469
EXPIRES: September 27, 2021
Bonded Thru Notary Public Underwriters

Adriana Walker
Print, Type, or Stamp Commissioned Name of Notary Public
Personally Known  X   OR Produced Identification _____
Type of Identification Produced _____ and who did take an oath.

2