UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VERNON SPEAK,

    Plaintiff,

v.                                Case No. 2:18-cv-826-JLB-NPM

STEVE WHIDDEN, in his official capacity as
SHERIFF of HENDRY COUNTY, FLORIDA,
and STEVE WHIDDEN, in his individual
capacity,

    Defendants.
_____

## ORDER

The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 104.)  The stipulation is self-executing.  Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). The Clerk of Court is **DIRECTED** to close the file.

**ORDERED** in Fort Myers, Florida, on September 15, 2021.

                                                              JOHN L. BADALAMENTI
                                                             UNITED STATES DISTRICT JUDGE